NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Dale K. Galipo, SBN 144074
Brendan A. Johnson, SBN 366552
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

ATTORNEY(S) FOR: Plaintiff, Marco Antonio Quezada

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO QUEZADA,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF HUNTINGTON BEACH; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:26-cv-02129<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiff, Marco Antonio Quezada
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Marco Antonio Quezada | 1. Plaintiff |
| 2. City of Huntington Beach | 2. Defendant |

August 6, 2026                         /s/ Brendan A. Johnson
Date                                           Signature


Attorney of record for (or name of party appearing in pro per):

Plaintiff, Marco Antonio Quezada

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**