MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email: Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendant,
CITY OF HUNTINGTON BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO QUEZADA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 8:26-cv-02129-FWS (CTSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 2, 2026<br>Current response date: October 23, 2026<br>New response date: November 13, 2026 |

This Stipulation is entered into pursuant to Central District Local Rule 8-3 by and between the Plaintiff, MARCO ANTONIO QUEZADA ("Plaintiff"), through his attorneys of record, Dale K. Galipo and Brendan A. Johnson of the Law Offices of Dale K. Galipo, and Defendant, CITY OF HUNTINGTON BEACH ("Defendant"), through its attorney of record, Sr. Deputy City Attorney Andrew Kornoff.

WHEREAS, on October 2, 2026, Defendant was served with Plaintiff's initial Complaint; and

The parties have agreed to allow Defendant a twenty-one (21) day extension of time in which to file their response to the initial Complaint;

NOW THEREFORE, the parties hereby stipulate as follows:

The deadline for the City Defendants to file a response to the initial Complaint is continued from October 23, 2026, to November 13, 2026.

DATED: October 15, 2026

LAW OFFICES OF DALE K. GALIPO

By: *__/s/ Brendan A. Johnson__*
Brendan A. Johnson, Esq.
Attorney for Plaintiff,
MARCO ANTONIO QUEZADA

DATED: October 15, 2026

MICHAEL J. VIGLIOTTA, City Attorney

By: *__/s/ Andrew Kornoff, Esq.__*
Andrew Kornoff[1], Sr. Deputy City Attorney
Attorney for Defendant
CITY OF HUNTINGTON BEACH

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.