MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email: Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendant,
CITY OF HUNTINGTON BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO QUEZADA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 8:26-cv-02129-FWS (CTSx)<br><br>**[PROPOSED] ORDER**<br><br>[Filed and Served Concurrently with Defendant's Motion to Dismiss [FRCP 12(b)(6)]]<br><br>DATE: Thurs., December 17, 2026<br>TIME: 10:00 a.m.<br>CTRM: 10D – Santa Ana |

The Motion to Dismiss filed by Defendant City of Huntington Beach ("City") came on for hearing on Thursday, December 17, 2026 in Courtroom 10D of the above-entitled Court. Having considered the papers filed in support of and in opposition to the motion, the records and files in this action, and any argument of counsel, the Court finds the following:

///

///

///

1. The First, Second, Third, Fourth, Fifth, Sixth, Seventh Eighth and Ninth Claims are dismissed without leave to amend.

IT IS SO ORDERED.

DATED: ____________, 2026

______________________________
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE